Townsend Building & Finance
119 Hall Rd.
Barrington, NH  03825

July 28, 2026

United States District Court
Clerk, U.S. District Court
55 Pleasant St.  Room 110
Concord, NH  03301

Per phone message from Jennifer,

*Please re-issue the summons for the Town of Barrington with the correct address: 4 Signature Drive, Barrington, NH 03825. The summons for Chief George Joy is correct at 774 Franklin Pierce Highway.*

Sincerely,

Richard Townsend
Townsend Building & Finance

FILED - USDC -NH
2026 AUG 8 PM 1:23

MANCHESTER NH 030

31 JUL 2026    AM 1    L

Freedom 250



FOREVER / USA

USMS SC

03301-394135