# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Richard Townsend, Pro Se
Plaintiff

v.

Town of Barrington and
Chief George Joy, in his individual and official capacities
Defendants

Case No.: 1:26-cv-00555-JL-AJ
Judge Joseph N. Laplante
US Magistrate Judge Andrea K. Johnstone

## PLAINTIFF'S OBJECTION TO DEFENDANTS' OBJECTION TO MOTION FOR ALTERNATIVE SERVICE (DOC. 10)

COMES NOW the Plaintiff, Richard Townsend, proceeding pro se, and respectfully objects to Defendants' Objection to Plaintiff's Motion for Alternative Service (Doc. 10). In support thereof, Plaintiff states as follows:

### I. INTRODUCTION

1. Defendants argue that Plaintiff's Motion for Alternative Service is moot because counsel filed an appearance on September 4, 2026. That argument fails.
2. An appearance does not cure defective service. Under Federal Rule of Civil Procedure 4, service must be perfected. The appearance of counsel does not retroactively validate service that was never made.

### II. THE APPEARANCE DOES NOT CURE DEFECTIVE SERVICE

3. Rule 4 governs service of process. It requires that a defendant be served in a manner authorized by the rule . An appearance by counsel is not one of the authorized methods of service under Rule 4.
4. Courts have consistently held that an appearance does not waive the requirement of proper service. A defendant may appear and still challenge the sufficiency of service . The appearance is not a substitute for service.
5. Plaintiff attempted service multiple times. Plaintiff mailed the summonses back to the court for correction. Plaintiff requested alternative service because the court's summons contained the wrong address for the Town. Defendants' objection does not address the defective summons. It addresses only the appearance.

## III. PLAINTIFF DID NOT RECEIVE OFFICIAL NOTIFICATION OF THE APPEARANCE FOR CHIEF JOY

6. Plaintiff did not receive official notification of the appearance for Chief Joy. Plaintiff received only an informal text message stating that counsel was representing Joy.
7. Plaintiff checked the court records and found no appearance on file. Plaintiff acted accordingly and did not treat the informal text as service. Serving Joy through counsel without an official appearance would constitute an admission that service was proper. Only official notification from the court would have been appropriate.

## IV. PLAINTIFF HAS NOT BEEN GRANTED ELECTRONIC FILING ACCESS

8. Plaintiff has not been granted electronic filing access despite numerous calls to the Clerk's Office, messages left, and mailed filings to date.
9. The process has not been clean. The appearance cannot be treated as if it fixed everything when Plaintiff was not officially notified and has not been properly registered.

## V. THE MOTION FOR ALTERNATIVE SERVICE REMAINS PENDING

10. Plaintiff attempted service multiple times. The court's summons contained the address that was on record for the Barrington Police Department. That address was changed by the Police Department or by the post office after the summons issued. It was not Plaintiff's error.
11. The court instructed Plaintiff to correct it, then stated the court could not change it but Plaintiff could. Plaintiff corrected it and made numerous attempts to serve.
12. Plaintiff then filed a Motion for Alternative Service, which remains pending. The court has not yet ruled on that motion.
13. Defendants' objection does not address the defective summons. It addresses only the appearance. The appearance is not service. Plaintiff is waiting for the court to rule on the alternative service request.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Deny Defendants' Objection to Plaintiff's Motion for Alternative Service (Doc. 10);

B. Grant Plaintiff's Motion for Alternative Service;

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 15th day of October, 2026.

/s/ Richard Townsend
Richard Townsend, Pro Se
603 498-0747
legal.tbf@outlook.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, October 15, 2026, I served a true and accurate copy of the foregoing Motion for Leave to File Objections by first-class mail, postage prepaid, and by email to:

David Betancourt, Esq.
Friedman Feeney Getman PLLC
95 N. State Street
Concord, NH 03301
dbetancourt@friedmanfeeney.com

/s/ Richard Townsend
Richard Townsend, Pro Se
Dated: October 15, 2026